NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NATIONAL FOOD & BEVERAGE CO., INC.,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

_____

2013-5014, -5015

_____

Appeals from the United States Court of Federal Claims in case no. 10-CV-0152, Judge Charles F. Lettow.

_____

**ON MOTION**

_____

**O R D E R**

The parties jointly move to dismiss the above captioned appeals pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeals is granted. The appeals are dismissed.

NATIONAL FOOD & BEVERAGE CO. V. US                                     2

(2) Each side shall bear its own costs.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate: February 12, 2013